UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

                v.

                                        Case No.  11-cr-73-01-SM

Kelley Hardy,
        Defendant

O R D E R

Defendant Hardy's  motion to continue the final pretrial conference and

trial is granted  (document no. 11).  Trial has been rescheduled for the month of

December 2011.    Defendant Hardy shall file a waiver of speedy trial rights not

later than  October 11, 2011.  On the filing of such waiver, his continuance shall

be effective.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendant the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

Final Pretrial Conference is rescheduled for December 1, 2011 at 11:30

a.m.

Jury selection will take place on December 13, 2011 at 9:30 a.m.


SO ORDERED.


Steven J. McAuliffe
Chief Judge

October 3, 2011

cc:   Donald A. Kennedy, Esq.
      Robert J. Veiga, AUSA
      U.S. Marshal
      U.S. Probation